**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 30, 2026

**By ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Yanfeng Ge v. Immigration and Customs Enforcement, et ano.*
No. 26-cv-1583 (Cho, M.J.)

Dear Judge Cho:

This Office represents U.S. Immigration and Customs Enforcement ("ICE") and the U.S. Department of Homeland Security ("DHS") (collectively, "Defendants") in this matter. Defendants write jointly on behalf of the parties to respectfully provide the Court with a joint status update in accordance with the Court's Status Report Order dated September 3, 2026.

Plaintiff Yanfeng Ge ("Plaintiff") brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, alleging that Defendants failed to respond to a request for records pertaining to the death of Plaintiff's brother, Chaofeng Ge, who died at the Moshannon Valley Processing Center, an ICE detention facility, on August 5, 2025. *See* ECF No. 1.

As for a status update, ICE has informed the undersigned that on September 29, 2026, it made a third production of responsive records of approximately 390 pages to Plaintiff's counsel. ICE has further informed the undersigned that while the production of responsive documents is substantially complete, there are other records, largely comprised of video footage, that may be responsive. Given the volume of potentially responsive footage—over 1,000 hours—the parties have agreed to confer to limit the parameters of review and production.

As such, the parties respectfully request additional time to confer, as well as leave to file a further status report by November 2, 2026. The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Philip R. DePaul*
PHILIP R. DePAUL
Assistant United States Attorney
(718) 254-7503
philip.depaul@usdoj.gov

cc: David B. Rankin, Esq., Jeremy Ravinsky, Esq., *Counsel for Plaintiff* (by ECF)